UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-14-20
```

ROTEM ROSEN,

                Plaintiff,

        v.

ALEX SAPIR AND 260-261 MADISON AVENUE JUNIOR MEZZANINE LLC,

                Defendants.

No. 20-CV-5844 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The parties shall use the dial-in information provided below to call in to the initial status conference scheduled for October 30, 2020 at 12:00 p.m.:

    Call-in Number: (888) 363-4749
    Access Code: 1015508

    This conference line is open to the public.

SO ORDERED.

Dated:    October 14, 2020
              New York, New York

                                      Ronnie Abrams
                                      United States District Judge