```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/08/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROTEM ROSEN,

                Plaintiff,

v.

ALEX SAPIR and 260-260 MADISON
AVENUE JUNIOR MEZZANINE LLC,

                Defendants.

No. 20-cv-5844 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On September 30, 2021, the Court granted in part and denied in part Defendants' motion to dismiss Plaintiff's Complaint. Dkt. 37. By October 22, 2021, the parties shall submit a status update to the Court indicating whether the parties intend to engage in settlement discussions or intend to proceed with discovery. If the parties intend to proceed with discovery, they shall also submit by that date a revised proposed Case Management Plan and Scheduling Order.

SO ORDERED.

Dated:    October 8, 2021
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge