UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROTEM ROSEN,<br><br>        *Plaintiff/Counterclaim Defendant*,<br><br>-against-<br><br>ALEX SAPIR AND 260-261 MADISON AVENUE JUNIOR MEZZANINE LLC,<br><br>        *Defendants/Counterclaim Plaintiffs.* | Case No.: 1:20-cv-05844<br><br>**DECLARATION**<br>**OF ALEX SAPIR** |

ALEX SAPIR hereby declares as follows:

1. I am a Defendant/Counterclaim Plaintiff in the above-captioned matter. As such, I am fully familiar with the facts and circumstances herein.

2. I submit this declaration in opposition to Plaintiff/Counterclaim Defendant Rotem Rosen's ("Rosen") motion to dismiss the counterclaims ("Counterclaims") asserted by myself and 260-261 Madison Avenue Junior Mezzanine LLC (collectively, the "Sapir Parties") pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion"); and to demonstrate the Sapir Parties' entitlement to summary judgment on the First and Second Counterclaims.

3. Attached hereto as **Exhibit 1** is a copy of ASRR, LLC's ("ASRR") Operating Agreement dated June 7, 2011.

4. Attached hereto as **Exhibit 2** is a copy of an email dated March 3, 2015 from the Sapir Organization's former CFO, Ronit Dvir, along with its attachments, listing the bank accounts that the Sapir Organization controlled as of that date. The specific account numbers and balances are redacted.

5. Attached hereto as **Exhibit 3** is a copy of an email dated March 28, 2014 from Sapir Organization employee Nita Shah.

6. Attached hereto as **Exhibit 4** is an excerpt from the Marsh & McLennan Agency's Schedule of Insurance for SFM Realty Corp., dated February 12, 2018. The excerpted portion is

entitled "Named Insured Schedule," and lists the specific Sapir Organization entities that were covered by the Sapir Organization's insurance policy as of that date, and includes ASRR.

7. Attached hereto as **Exhibit 5** is an excerpt from a native Microsoft Excel file. The excerpted tab, which is representative of the employee lists that the Sapir Organization maintained as of September 30, 2016, is titled "Emp. Info for Summary support" and shows that ASRR had no employees as of 2015 and 2016.

8. Attached hereto as **Exhibit 6** is a copy of an email dated December 13, 2013 from the Sapir Organization's former Director of Operations and Finance, Gavriel Kahane, setting out "the proposed basic terms pursuant to which ASRR/The Sapir Organization (and/or an affiliate thereof) propose to purchase the fee interest of the Jolly Hotel Madison Towers located at 22 East 38th Street, New York, NY."

9. Attached hereto as **Exhibit 7** is a copy of an email chain dated May 4, 2016 between the Sapir Organization's former legal assistant, Trish Lemanski, and Elina Burke of the Chubb insurance company, in which Ms. Lemanski states that "11 Madison Avenue LLC is an affiliate of ASRR Construction LLC."

10. Attached hereto as **Exhibit 8** is a copy of the organizational chart of the entities that had a direct and/or indirect interest in the property located at 260-261 Madison Avenue, New York, NY, as of March 8, 2018.

11. Attached hereto as **Exhibit 9** is a copy of excerpts from the Financial Statements of 260-261 Madison Avenue LLC for the years ending December 31, 2013, December 31, 2014, December 31, 2015, and December 31, 2016, respectively. The excerpted section from each Financial Statement is entitled "Related Party Transactions," states that ASRR, LLC is "an affiliate" of 260-261 Madison Avenue LLC, and states that balances due from ASRR, LLC and "various related entities [thereof] are "included in due from affiliates in the accompanying balance sheet."

12. For the reasons set forth above and in the accompanying memorandum of law, the Sapir Parties respectfully request that this Court deny Rosen's Motion in its entirety and grant summary judgment as to liability in favor of the Sapir Parties on the First and Second Counterclaims.

13. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 18, 2021

_____
Alex Sapir