# EXHIBIT 2

# Jennifer R. Pierce

**From:** Ronit Dvir <RDvir@sapir.com>
**Sent:** Tuesday, March 3, 2015 10:18 AM
**To:** Alex Sapir
**Subject:** Bank Accounts
**Attachments:** bank accounts 1 03.03.15.pdf; bank accounts 2 03.03.15.pdf

See attached- I left a copy with Catherine.

*Ronit Dvir-Bacalu*
*CFO*
THE SAPIR ORGANIZATION | ASRR
261 MADISON AVENUE, 27TH FLOOR | NEW YORK, NEW YORK 10016
T: (212) 971-0111 X 126 | F: (212) 971-0222
RDVIR@SAPIR.COM

1



**Welcome**

**Balance Reporting**
    Prior Day
    Intra-day

**eStatement**

**Wire Transfers**
    Wire Entry
    Status and Reports
    Template Summary

**Account Transfers**
    Entry
    Status and Reports

**Check Services**
    Check Inquiries
    Stop Payments
    Cancel Stops
    Status and Reports

**Administration**
    Change Password

**Help**

**Exit**

# Intra-day Account List

Signature Bank | Selection Criteria | Help

| Signature Bank | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account Description (Currency) | Link To | Available Bal Includes Credit Line, if any | Current Ledger | Current Available | Total Credits | Total Debits | As Of Date/Time |
| ■■■■■■ 53 PARK PLACE JUNIOR MEZZ LLC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 09:54:20 |
| ■■■■■■ EGRE USA INC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 09:54:20 |
| ■■■■■■ EGRE USA INC-MMA (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 09:54:20 |
| ■■■■■■ 110 CHURCH JUNIOR MEZZ LLC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 09:54:20 |
| ■■■■■■ 110 CHURCH MEMBER LLC (USD) | Detail Export | ■■■ | ■■■ | ■■■ | ■ | ■ | 03/03/2015 09:54:20 |
| ■■■■■■ ASRR 218 LLC - CKG (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 09:54:20 |
| ■■■■■■ ASRR 218 LLC - MM (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 09:54:20 |
| ■■■■■■ ASRR SUZER 218 LLC - CKG (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 09:54:20 |
| ■■■■■■ ASRR SUZER 218 LLC - MM (USD) | Detail Export | ■■■■■■■■■■■■■■■■■■ | | | ■ | ■ | 03/03/2015 09:54:20 |

Combined Report | Summary Report | Detail Report | New Report

ResultsPage:
1 | 2

3/3/2015

**Selection Criteria**

Account: [    ]

As Of Date: [03/03/2015]

mm/dd/yyyy

[Apply Selection]

Top of Page | Help

*Signature Bank*
*webACCESS Version 4.3*

3/3/2015



**Welcome**

**Balance Reporting**
    Prior Day
    Intra-day

**eStatement**

**Wire Transfers**
    Wire Entry
    Status and Reports
    Template Summary

**Account Transfers**
    Entry
    Status and Reports

**Check Services**
    Check Inquiries
    Stop Payments
    Cancel Stops
    Status and Reports

**Administration**
    Change Password

**Help**

**Exit**

# Intra-day Account List

Signature Bank | Selection Criteria | Help

| Signature Bank | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account Description (Currency) | Link To | Available Bal Includes Credit Line, if any | Current Ledger | Current Available | Total Credits | Total Debits | As Of Date/Time |
| ASRR LLC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:18 |
| 100 CHURCH LLC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:19 |
| 2 BROADWAY ACQUISITION CORP (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:19 |
| 110 CHURCH LLC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:19 |
| SAPIR ORGANIZATION SPRING STREET LLC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:19 |
| 260-261 MADISON AVE LLC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:19 |
| GOLDEN AGE CRAFTS INC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:19 |
| 53 Park Place Member LLC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:22 |
| 53 Park Place Mezzanine-MM AC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:22 |
| 53 Park Place Member-MM AC (USD) | Detail Export | ■ | | | ■ | ■ | 03/03/2015 10:09:22 |
| 110 Church Member LLC-MM AC (USD) | Detail Export | ■ | | | ■ | ■ | 03/03/2015 10:09:22 |
| 110 Church Mezzanine-MM AC (USD) | Detail Export | ■ | ■ | ■ | | ■ | 03/03/2015 10:09:22 |

| Name | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|
| ▇▇▇▇▇▇<br>2 BROADWAY LLC<br>(USD) | Detail<br>Export | | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:19 |
| ▇▇▇▇▇▇<br>53 PARK PLACE OWNER LLC<br>(USD) | Detail<br>Export | | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:19 |
| ▇▇▇▇▇▇<br>110 CHURCH OWNER LLC<br>(USD) | Detail<br>Export | | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:19 |
| ▇▇▇▇▇▇<br>SAPIR REALTY MANAGEMENT CORP<br>(USD) | Detail<br>Export | ■■■ | ■■■ | ■■■ | ■ | ■ | | 03/03/2015 10:09:19 |
| ▇▇▇▇▇▇<br>53 PARK PLACE LLC<br>(USD) | Detail<br>Export | | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:19 |
| ▇▇▇▇▇▇<br>ASRR MANAGEMENT LLC<br>(USD) | Detail<br>Export | | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:19 |
| ▇▇▇▇▇▇<br>RUSSIA HOUSE AT KINGS POINT INC<br>(USD) | Detail<br>Export | | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:18 |
| ▇▇▇▇▇▇<br>SFM REALTY CORP<br>(USD) | Detail<br>Export | ■■■ | ■■■ | ■■■ | ■ | ■ | | 03/03/2015 10:09:19 |
| ▇▇▇▇▇▇<br>ZIRUALE CONSTRUCITON INC<br>(USD) | Detail<br>Export | ■■■ | ■■■ | ■■■ | ■ | ■ | | 03/03/2015 10:09:19 |
| ▇▇▇▇▇▇<br>AR LLC MMA<br>(USD) | Detail<br>Export | | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:17 |
| ▇▇▇▇▇▇<br>TIMUR ON 5TH AVE INC MMA<br>(USD) | Detail<br>Export | ■■■ | ■■■ | ■■■ | ■ | ■ | | 03/03/2015 10:09:18 |
| ▇▇▇▇▇▇<br>ASRR MANAGEMENT LLC MMA<br>(USD) | Detail<br>Export | | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:19 |
| ▇▇▇▇▇▇<br>260-261 MADISON AVE LLC MMA<br>(USD) | Detail<br>Export | ■■■ | ■■■ | ■■■ | ■ | ■ | | 03/03/2015 10:09:19 |
| ▇▇▇▇▇▇<br>ASRR LLC MMA<br>(USD) | Detail<br>Export | ■■■■■■■■■■■■■■■■ | | | ■ | ■ | | 03/03/2015 10:09:19 |
| ▇▇▇▇▇▇<br>260-261 MADISON AVE LLC-TENANT DEP MMA<br>(USD) | Detail<br>Export | | ■ | ■ | ■ | ■ | ■ | 03/03/2015 10:09:19 |

| Name | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮ **Timur on Rodney Inc** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |
| ▮▮▮▮▮ **260-261 Madison Equities Corp** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |
| ▮▮▮▮▮ **Joy-Lud Distributors International Inc** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |
| ▮▮▮▮▮ **11 Madison Avenue Member LLC** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |
| ▮▮▮▮▮ **2 Broadway Holding LLC** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |
| ▮▮▮▮▮ **Hudson Acquisition LLC** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |
| ▮▮▮▮▮ **53 Park Place Holding LLC** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |
| ▮▮▮▮▮ **100 Church Owner LLC** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |
| ▮▮▮▮▮ **Livewire Design LLC** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |
| ▮▮▮▮▮ **Sapir Development LLC** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |
| ▮▮▮▮▮ **White Shapphire LLC** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |
| ▮▮▮▮▮ **57 & 5 Realty Corp** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |
| ▮▮▮▮▮ **Timur Farms Inc** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |
| ▮▮▮▮▮ **CIS Trade Center Inc** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |
| ▮▮▮▮▮ **53 Park Place Corp** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |
| ▮▮▮▮▮ **1009 5th Avenue LLC** (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:20 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ███████ **2 Broadway Management Corp** (USD) | Detail Export | ███ | ███ | ███ | ███ | ███ | | | 03/03/2015 10:09:20 |
| ███████ **Bella Design Inc** (USD) | Detail Export | ███ | ███ | ███ | ███ | ███ | | | 03/03/2015 10:09:20 |
| ███████ **First Oil Ltd** (USD) | Detail Export | ██ | ██ | ██ | ██ | ██ | | | 03/03/2015 10:09:20 |
| ███████ **Mane LLC** (USD) | Detail Export | ██ | ██ | ██ | ██ | ██ | | | 03/03/2015 10:09:20 |
| ███████ **100 Church Mezzanine LLC** (USD) | Detail Export | ███ | ███ | ███ | ███ | ███ | | | 03/03/2015 10:09:20 |
| ███████ **Ziruale Inc** (USD) | Detail Export | ██ | ██ | ██ | ██ | ██ | | | 03/03/2015 10:09:20 |
| ███████ **260-261 Mezzanine Corp** (USD) | Detail Export | ███ | ███ | ███ | ███ | ███ | | | 03/03/2015 10:09:20 |
| ███████ **Sapir SDS Holdings LLC** (USD) | Detail Export | ███ | ███ | ███ | ███ | ███ | | | 03/03/2015 10:09:20 |
| ███████ **Sapir Group LLC** (USD) | Detail Export | ██ | ██ | ██ | ██ | ██ | | | 03/03/2015 10:09:20 |
| ███████ **110 Church Holding LLC** (USD) | Detail Export | ██ | ██ | ██ | ██ | ██ | | | 03/03/2015 10:09:20 |
| ███████ **11 Madison Ave LLC** (USD) | Detail Export | █████ | █████ | █████ | ███ | ███ | | | 03/03/2015 10:09:20 |
| ███████ **11 Madison Ave Mezzanine LLC** (USD) | Detail Export | ███ | ███ | ███ | ███ | ███ | | | 03/03/2015 10:09:20 |
| ███████ **285 Palisades Ave Realty Corp** (USD) | Detail Export | ███ | ███ | ███ | ███ | ███ | | | 03/03/2015 10:09:20 |
| ███████ **CIS Petroleum Trading Inc** (USD) | Detail Export | ██ | ██ | ██ | ██ | ██ | | | 03/03/2015 10:09:20 |
| ███████ **120 Church Street Corp** (USD) | Detail Export | ███ | ███ | ███ | ███ | ███ | | | 03/03/2015 10:09:20 |
| ███████ **100 Church Member LLC** (USD) | Detail Export | ██ | ██ | ██ | ██ | ██ | | | 03/03/2015 10:09:20 |
| ███████ **Joy-Lud Distributors Int'l Inc MM** (USD) | Detail Export | ███ | ███ | ███ | ███ | ███ | | | 03/03/2015 10:09:20 |
| ███████ | | | | | | | | | |

| Name | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|
| Zina Sapir (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:20 |
| ▇ Alex Sapir (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:20 |
| ▇ Ruth Sapir (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:20 |
| ▇ 11 Madison Ave LLC mm (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:20 |
| ▇ 11 Madison Ave Member LLC MM (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:20 |
| ▇ 260-261 Madison Ave LLC RS MM (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:20 |
| ▇ ASRR Construction LLC ckg (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:20 |
| ▇ ASRR Construction LLC mm (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:20 |
| ▇ 260-261 Mezzanine Corp mm (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:20 |
| ▇ ASRR INTERNATIONAL LLC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:22 |
| ▇ ASRR INTERNATIONAL LLC-IMMA (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:22 |
| ▇ TRIBECA 88 LLC-CKG (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:22 |
| ▇ TRIBECA 88 LLC-MM (USD) | Detail Export | ■■■■■■■ | | | | ■ | ■ | 03/03/2015 10:09:22 |
| ▇ 53 PARK PLACE FEE LLC-CHECKING (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:22 |
| ▇ 53 PARK PLACE FEE LLC-MMA (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:22 |
| ▇ CROSBY USA LP-CHECKING (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:22 |

| Account | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮ Tamir Sapir Estate - ckg (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:22 |
| ▮▮▮ Tamir Sapir Estate - mm (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:22 |
| ▮▮▮ CROSBY USA LP-MMA (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:22 |
| ▮▮▮ 53 PARK PLACE LEASE LLC-CHECKING (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:22 |
| ▮▮▮ 53 PARK PLACE LEASE LLC-MMA (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:22 |
| ▮▮▮ 110 CHURCH FEE LLC-CHECKING (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:22 |
| ▮▮▮ 110 CHURCH FEE LLC-MMA (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:22 |
| ▮▮▮ 9 CROSBY LLC-CHECKING (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:22 |
| ▮▮▮ 9 CROSBY LLC-MMA (USD) | Detail Export | ▮▮▮▮▮▮▮▮▮▮▮▮ | | | ▮ | ▮ | | 03/03/2015 10:09:22 |
| ▮▮▮ 110 CHURCH LEASE LLC-CHECKING (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:22 |
| ▮▮▮ 110 CHURCH LEASE LLC-MMA (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:22 |
| ▮▮▮ ASRR LLC DELAWARE-CHECKING (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:22 |
| ▮▮▮ ASRR LLC DELAWARE-MMA (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:22 |
| ▮▮▮ AYS 18 LLC (USD) | Detail Export | ▮ | ▮ | ▮ | ▮▮▮ | | | 03/03/2015 10:09:22 |
| ▮▮▮ TRUST NO.1 F-B-O ALEX SAPIR (USD) | Detail Export | ▮ | ▮ | ▮ | ▮ | ▮ | | 03/03/2015 10:09:19 |
| ▮▮▮ | | | | | | | | |

| Account | | | | | | | | Date/Time |
|---|---|---|---|---|---|---|---|---|
| TRUST NO.3 F-B-O ZINA SAPIR (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | 0 | 03/03/2015 10:09:19 |
| 11 MADISON AVE LLC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:22 |
| Trust UA DTD 5-19-97 No.2 Ruth Sapir (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:19 |
| 110 CHURCH LEASE MEZZANINE LLC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:22 |
| 53 PARK PLACE LEASE MEZZANINE LLC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:22 |
| 110 CHURCH MEZZANINE LLC-OPER (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:22 |
| 53 PARK PLACE MEZZANINE LLC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:22 |
| EGRE HRH INC-MMA (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:22 |
| EGRE HRH INC (USD) | Detail Export | ■ | ■ | ■ | ■ | ■ | | 03/03/2015 10:09:22 |

Combined Report | Summary Report | Detail Report | New Report

ResultsPage:
1 | 2

**Selection Criteria**

Account: _____

As Of Date: 03/03/2015

mm/dd/yyyy

[Apply Selection]

Top of Page | Help

*Signature Bank*
*webACCESS Version 4.3*

3/3/2015