# EXHIBIT 3

**From:** Nita.Shah <NShah@sapir.com>
**To:** Alex Sapir <AS@sapir.com>, Rotem Rosen <rr@sapir.com>, Ronit Dvir <RDvir@sapir.com>
**Subject:** intercompany transfer
**Date:** Fri, 28 Mar 2014 11:17:09 -0400
**Importance:** Normal

---

Per my conversation with Rotem, I will transfer funds as follow :

1) $2,000,000.00     from 110 Church LLC -→ 120 Church   -→Tamir Sapir  -→ ASRR LLC

2) $1,199,973.20     from 110 Church LLC -→ 120 Church   -→Tamir Sapir  -→ ASRR LLC

3) $1,500,000.00    From 53 PPL LLC  -→ 53 Park Place Corp -→ Tamir Sapir -→ ASRR LLC

Confidential
ESTATE_0108298