# EXHIBIT 4



WORLD CLASS. LOCAL TOUCH.

# SCHEDULE OF INSURANCE
## SFM REALTY CORP
## FEBRUARY 12, 2018

**Presented by:**
M'lynda Kopacka, Vice President
Karen Matthews, Account Manager



WORLD CLASS. LOCAL TOUCH.

# 3

## Named Insured Schedule

| |
|---|
| 2 BROADWAY LLC |
| 2 BROADWAY (HOLDING) LLC |
| 2 BROADWAY ACQUISITION CORP. |
| 2 BROADWAY MANAGEMENT, INC. |
| 4 Fun BHS LLC |
| 9 Crosby, LLC |
| 9 Crosby Mezz, LLC |
| 9 Crosby Partners, LLC |
| 11 MADISON AVENUE LLC |
| 11 MADISON AVENUE MEZZANINE LLC |
| 11 MADISON AVENUE MEMBER LLC |
| 11 Madison Fund 1 LLC |
| 53 PARK PLACE CORP. |
| 53 PARK PLACE MANAGEMENT INC. |
| 53 PARK PLACE LLC |
| 53 PARK (HOLDING) LLC |
| 53 PARK PLACE MEMBER LLC |
| 53 PARK PLACE OWNER LLC |
| 53 PARK PLACE LEASE MEZZ LLC |
| 53 PARK PLACE LEASE LLC |
| 53 PARK PLACE JUNIOR MEZZ LLC |
| 53 PARK PLACE FEE LLC |
| 57 & 5 REALTY CORP. |
| 100 CHURCH OWNER LLC |
| 100 CHURCH LLC |
| 100 CHURCH HOLDINGS II LLC |
| 100 Church Holdings LLC |
| 100 Church Member LLC |
| 100 CHURCH MEZZANINE LLC |
| 110 CHURCH STREET MANAGEMENT INC. |
| 110 CHURCH LLC |
| 110 CHURCH (HOLIDNG) LLC |
| 110 CHURCH OWNER LLC |
| 110 CHURCH MEZZANINE LLC |

**MARSH & McLENNAN AGENCY**

WORLD CLASS. LOCAL TOUCH.

| |
|---|
| 110 CHURCH MEMBER LLC |
| 110 CHURCH LEASE MEZZ LLC |
| 110 CHURCH LEASE LLC |
| 110 CHURCH JUNIOR MEZZ LLC |
| 110 CHURCH FEE LLC |
| 120 CHURCH STREET CORPORATION |
| 260-261 MADISON AVENUE JUNIOR MEZZANINE LLC |
| 260-261 MADISON AVENUE LLC |
| 260-261 MADISON AVENUE MEZZANINE LLC |
| 260-261 MADISON EQUITIES CORP. |
| 260-261 MEZZANINE CORP. |
| 285 PALISADES AVENUE CORP. |
| 1009 FIFTH AVENUE LLC |
| ASRR, LLC |
| ASRR Air LLC |
| ASRR BYE LLC |
| ASRR Global Corp |
| ASRR International Ltd |
| ASRR International LLC |
| ASRR Management, LLC |
| ASRR Miami, LLC |
| ASRR Construction, LLC |
| AYS 18 LLC |
| ASRR 18 LLC |
| ASRR 18 JV LLC |
| ASRR 18 GP LLC |
| ASRR DTM LP |
| ASRR 218 LLC |
| ASRR Suzer 218 LLC |
| ASRR Special Opportunity Fund LLC |
| AZR Holdings LLC |
| BAYROCK/SAPIR ORGANIZATION HOLDINGS LLC |
| BAYROCKSAPIR ORGANIZATION REALTY LLC |
| BELLA DESIGNS, INC. |
| CROSBY USA LP |
| DAVID OZ HOLDINGS, LLC |
| DZR Holdings Corp. |
| Golden Age Crafts Inc. |
| JOY-LUD DISTRIBUTORS INTERNATIONAL, INC. |



WORLD CLASS. LOCAL TOUCH.

| |
|---|
| MONKEY LOVE LLC |
| Ranitech Investment Inc. |
| RAQA LLC |
| SAPIR, INC. |
| SAPIR DEVELOPMENT LLC |
| SAPIR ORGANIZATION SPRING STREET LLC |
| SAPIR SDS HOLDINGS LLC |
| SAPIR REALTY MANAGEMENT CORP. |
| RZA Realty Corp Inc. |
| SFM Realty Corp. |
| STERLING PLAZA, INC. |
| THE SAPIR GROUP LLC |
| THE SAPIR ORG. LLC |
| TIMUR ON 5TH AVE., INC. |
| TIMUR ON BROADWAY, INC. |
| TIMUR CORP. |
| TIMUR FARMS, INC. |
| TIMUR ON RODNEY, INC. |
| TriBeCa 88 LLC |
| Trust No. 1 for the Benefit of Alex Sapir |
| Trust No. 2 for the Benefit of Ruth Sapir |
| Trust No. 3 for the Benefit of Zina Sapir |
| TSE 88 LLC |
| ZIRUALE CONSTRUCTION INC. |