# EXHIBIT 5

# Document Produced in Native Format

Confidential
ESTATE_0107307

| *Employee Information for 2015* | | | *Employee Information for 2016* | | |
|---|---|---|---|---|---|
| COMPANY | EMPLOYEE NAME | EMPLOYEE TITLE | COMPANY | EMPLOYEE NAME | EMPLOYEE TITLE |
| 1009 5th Ave | | | 1009 5th Ave | | |
| 11 Madison Member LLC | | | 11 Madison Member LLC | | |
| 110 Church LLC | | | 110 Church LLC | | |
| 2 Broadway Acq. Corp. | | | 2 Broadway Acq. Corp. | | |
| 2 Broadway Holdings LLC | | | 2 Broadway Holdings LLC | | |
| 2 Broadway LLC | | | 2 Broadway LLC | | |
| 260-261 Mezz. Corp. | | | 260-261 Mezz. Corp. | | |
| 53 Park LLC | | | 53 Park LLC | | |
| 57&5th LLC | | | 57&5th LLC | | |
| ASRR Construction/Ziruale Construction | Chernilevskiy Vladimir | Labor | ASRR Construction/Ziruale Construction | Chernilevskiy Vladimir | Labor |
| ASRR Construction/Ziruale Construction | Kamnyev Igor | Painting & Decorator | ASRR Construction/Ziruale Construction | Kamnyev Igor | Painting & Decorator |
| ASRR Construction/Ziruale Construction | Yafim Yanavitski | Labor | ASRR Construction/Ziruale Construction | Yafim Yanavitski | Labor |
| ASRR Construction/Ziruale Construction | Mosiagne Boris | Labor | ASRR Construction/Ziruale Construction | Mosiagne Boris | Labor |
| ASRR Construction/Ziruale Construction | Nasanov Sergey | Labor | ASRR Construction/Ziruale Construction | Nasanov Sergey | Labor |
| ASRR Construction/Ziruale Construction | Shatskykh Valentyn | Labor | ASRR Construction/Ziruale Construction | Shatskykh Valentyn | Labor |
| ASRR Construction/Ziruale Construction | Gary Johnson | Manager | ASRR Construction/Ziruale Construction | Gary Johnson | Manager |
| ASRR LLC | | | ASRR LLC | | |
| Golden Age/285 Palisades | Antonio Argon | Labor | Golden Age/285 Palisades | Antonio Argon | Labor |
| Golden Age/285 Palisades | Manuel Jalon | Labor | Golden Age/285 Palisades | Manuel Jalon | Labor |
| Golden Age/285 Palisades | Roland Lopez | Labor | Golden Age/285 Palisades | Roland Lopez | Labor |
| Joy-Lud Distributors to 06/14/15 | Svitlana Divnych | Administrative Assistant | Joy-Lud Distributors | | |
| Joy-Lud Distributors to 06/14/15 | Elena Sapir | VP | Joy-Lud Distributors | | |
| Joy-Lud Distributors to 06/14/15 | Rosita Sofia | VP | Joy-Lud Distributors | | |
| Russia House | | | Russia House | | |
| Sapir Development | | | Sapir Development | | |
| Sapir Group | | | Sapir Group | | |
| Sapir Realty | | | Sapir Realty | | |
| SFM Realty | Meir R. Arssy | Driver | SFM Realty | Meir R. Arssy | Driver |
| SFM Realty | Sarah I. Bassalian | Project Manager | SFM Realty | Sarah I. Bassalian | Project Manager |
| SFM Realty | Karla Butler | Accounts Payable | SFM Realty | Karla Butler | Special Projects |
| SFM Realty | Vasadeo Chand | Accountant | SFM Realty | Vasadeo Chand | Accountant |
| SFM Realty | Acron Chein | Admin. Assistant | SFM Realty | Acron Chein | Admin. Assistant |
| SFM Realty | Michael A. De John | VP | SFM Realty | Allison Davis | Admin. Assistant |
| SFM Realty | Ronit Dvir Bacalu | CFO | SFM Realty | Michael A. De John | VP |
| SFM Realty | Marta C. Estrada | Cleaning Staff | SFM Realty | Marta C. Estrada | Cleaning Staff |
| SFM Realty | Valentina Finkel | HR, Payroll | SFM Realty | Valentina Finkel | HR, Payroll |
| SFM Realty | Israel Janash | Driver | SFM Realty | Charles Hillock | CFO |
| SFM Realty | Marina Joseb | Secretary | SFM Realty | Israel Janash | Driver |
| SFM Realty | Shola A. Kadiri | Acquisition Director | SFM Realty | Marina Joseb | Secretary |
| SFM Realty | Patricia M. Lemanski | Paralegal | SFM Realty | Shola A. Kadiri | Acquisition Director |
| SFM Realty | Igor Maslov | AT | SFM Realty | Patricia M. Lemanski | Paralegal |
| SFM Realty | Anthony Mermelshtein | Driver | SFM Realty | Igor Maslov | AT |

| | | | | | | |
|---|---|---|---|---|---|---|
| SFM Realty | Clara Nunez | Bookkeeper | | SFM Realty | Samantha C. Morris | Financial Analyst |
| SFM Realty | Jade A. Owhadi | Admin. Assistant | | SFM Realty | Clara Nunez | Bookkeeper |
| SFM Realty | Omer Rosen | | | SFM Realty | Jade A. Owhadi | Admin. Assistant |
| SFM Realty | Alex Sapir | President | | SFM Realty | Alla Romanova | Project Manager |
| SFM Realty | Catherine G. Soriano | Admin. Assistant | | SFM Realty | Omer Rosen | |
| SFM Realty | Alla Romanova | Project Manager | | SFM Realty | Tom Rosen | |
| SFM Realty | Brandon Torres | Accountant | | SFM Realty | Sondra H. Rubin | Controller |
| SFM Realty | Agathe E. Worou Villafana | Controller | | SFM Realty | Brandon Torres | Accountant |
| SFM Realty | Andrea Gifford | Admin. Assistant | | SFM Realty | Olivia G. Westmoreland | Admin. Assistant |
| SFM Realty | Gavriel Z. Kahane | Finance Director | | SFM Realty | Qian Liu | |
| SFM Realty | Tom Rosen | | | SFM Realty | Jaremy W. Mandel | Intern |
| SFM Realty | Hui Yu Isabella Leung | Secretary | | SFM Realty | Akshy Gandi | Intern |
| | | | | SFM Realty | Bijan Abae | Intern |
| | | | | SFM Realty | Solomon R. Bassalian | Intern |
| | | | | | | |
| Timur Farms Inc. | | | | Timur Farms Inc. | | |
| Timur on 5th | | | | Timur on 5th | | |
| Timur on Rodney | | | | Timur on Rodney | | |
| Tribeca 88 LLC | | | | Tribeca 88 LLC | | |
| | | | | | | |
| TSE 88 LLC (Effective on 06/15/15) | Svitlana Divnych | Administrative Assistant | | TSE 88 LLC | Svitlana Divnych | Administrative Assistant |
| TSE 88 LLC (Effective on 06/15/15) | Elena Sapir | VP | | TSE 88 LLC | Elena Sapir | VP |
| TSE 88 LLC (Effective on 06/15/15) | Rosita Sofia | VP | | TSE 88 LLC | Rosita Sofia | VP |
| TSE 88 LLC (Effective on 06/15/15) | Philip D. Simon | Controller | | TSE 88 LLC | Philip D. Simon | Controller |
| | | | | TSE 88 LLC | Vasudeo Chand | Accountant |
| | | | | TSE 88 LLC | Clara Nunez | Bookeeper |
| | | | | TSE 88 LLC | Israel Janash | Driver |
| | | | | | | |
| White Saphire | | | | White Saphire | | |