# EXHIBIT 6

# Jennifer R. Pierce

| | |
|---|---|
| **From:** | Gavriel Kahane </O=SAPIR/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GKAHANE> |
| **Sent:** | Friday, December 13, 2013 2:26 PM |
| **To:** | Perez-Alvarado, Gilda (US) |
| **Cc:** | Alex Sapir; Rotem Rosen |
| **Subject:** | Jolly Hotel Madison Towers |

Dear Gilda,

Pursuant to our conversation, the following are the proposed basic terms pursuant to which ASRR/The Sapir Organization (and/or an affiliate thereof) propose to purchase the fee interest of the Jolly Hotel Madison Towers located at 22 East 38th Street, New York, NY (the "Property").

- Purchase price - $80,000,000.00;
- $4,000,000.00 hard deposit (due at contract signing);
- Closing within 60 days due diligence period following contract signing;
- Delivery of the Property 100% vacant;
- Delivery of the Property free and clear of any encumbrances, including without limitation by existing management.

Please note that this email is intended for discussion purposes only and does not purport to summarize all the terms, conditions, representations, warranties and other provisions with respect to the transaction referred to herein. This email does not constitute an offer, agreement, or commitment by either party to enter into any transaction. Any such commitment will be subject to the execution and delivery of definitive transaction documents reasonably acceptable to all parties and their respective counsel.

Thank you so much and we look forward to hearing back from you and your client.

Best,

Gavriel



**GAVRIEL KAHANE**
DIRECTOR OF OPERATIONS AND FINANCE
261 MADISON AVENUE, 27TH FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 971-0111 X 167
CELL: (201) 621-3603
FAX: (212) 971-0222
EMAIL: GK@SAPIR.COM