# EXHIBIT 7

**Jennifer R. Pierce**

| | |
|---|---|
| **From:** | Burke, Elina <Elina.Burke@Chubb.com> |
| **Sent:** | Wednesday, May 4, 2016 3:41 PM |
| **To:** | Trish Lemanski |
| **Subject:** | RE: SFM Realty Corp./Ronit Bacalu/JY16J0208043 |

Is it owned in whole or in part by ASRR Construction LLC or any of the other entities?

CHUBB

**Elina Burke**
Senior Claims Specialist, Employment Practices Liability Claims
Chubb North American Claims

10 Exchange Place, Jersey City, NJ 07302, USA
O 201-356-5126
E elina.burke@chubb.com

ACE and Chubb are now one.

---

**From:** Trish Lemanski [mailto:TLemanski@sapir.com]
**Sent:** Wednesday, May 04, 2016 3:35 PM
**To:** Burke, Elina
**Subject:** RE: SFM Realty Corp./Ronit Bacalu/JY16J0208043

11 Madison Avenue LLC is an affiliate of ASRR Construction LLC.


Regards,

Trish

Trish Lemanski
Legal Assistant



261 Madison Avenue, 27th floor
New York, NY 10016
tel - 212-971-6072
cell-973-809-3834
tlemanski@sapir.com

---

**From:** Burke, Elina [mailto:Elina.Burke@Chubb.com]
**Sent:** Wednesday, May 04, 2016 3:26 PM
**To:** Trish Lemanski
**Subject:** RE: SFM Realty Corp./Ronit Bacalu/JY16J0208043

Hi Trish,

1

Ms. Bacalu's EEOC charge lists the following entities as respondents: (1) 260-261 Madison Avenue LLC; (2) SFM Realty Corp.; and (3) 11 Madison Avenue, LLC.  Now that I have the 2013 underwriting application, I do not need additional information relating to 260-261 Madison Avenue LLC (or ASRR Management).   However, can you please provide me with information relating to 11 Madison Avenue, LLC?

**CHUBB**

**Elina Burke**
Senior Claims Specialist, Employment Practices Liability Claims
Chubb North American Claims

10 Exchange Place, Jersey City, NJ 07302, USA
O 201-356-5126
E elina.burke@chubb.com

ACE and Chubb are now one.

---

**From:** Trish Lemanski [mailto:TLemanski@sapir.com]
**Sent:** Wednesday, May 04, 2016 2:57 PM
**To:** Burke, Elina
**Subject:** RE: SFM Realty Corp./Ronit Bacalu/JY16J0208043

Elina,
I believe Ms. Ronit Bacalu's EEOC charge is against SFM Realty Corp., who is listed on the policy so I don't understand the reasons for questions 1, 2, & 3.


Regards,

Trish

Trish Lemanski
Legal Assistant



261 Madison Avenue, 27th floor
New York, NY 10016
tel - 212-971-6072
cell-973-809-3834
tlemanski@sapir.com


---

**From:** Burke, Elina [mailto:Elina.Burke@Chubb.com]
**Sent:** Monday, April 25, 2016 5:55 PM
**To:** Trish Lemanski
**Subject:** RE: SFM Realty Corp./Ronit Bacalu/JY16J0208043

Hello Trish:

I am in the process of reviewing coverage for the claim filed in connection with Ronit Bacalu's EEOC Charge.  At your convenience, please provide the following information:

2