# EXHIBIT 8

# 260-261 Madison Avenue Org chart

