# EXHIBIT 9

# 260-261 MADISON AVENUE LLC

---

## FINANCIAL STATEMENTS
**Year Ended December 31, 2013**

# 260-261 MADISON AVENUE LLC

## NOTES TO FINANCIAL STATEMENTS

| | | |
|---|---|---|
| 5. | **Related Party Transactions** | The Company has a property management agreement with ASRR Management, a related entity. The management agreement is set to expire in June 2015, and can be automatically renewed, without notice, for successive one year periods. The agreement provides for the Company to pay a fee equal to 3% of the Property's Gross Receipts, as defined, payable monthly within ten days after the end of each month. The Property management fees incurred by the Company amounted to $1,326,355 for the year ended December 31, 2013. During 2013, the Company also incurred $1,004,591 in consulting and legal fees to ASRR Management. The management agreement also entitles ASRR Management to leasing commissions, as defined in the agreement. There were no leasing commissions earned by ASRR Management in 2013. The balance due from ASRR Management at December 31, 2013 is $535,741 and is included in prepaid expenses and other in the accompanying balance sheet. |

During 2013, the Company advanced $3,037,000 to ASRR, LLC, an affiliate of the Company. The advances are payable upon demand and provide for interest at the short-term monthly Applicable Federal Rate ("AFR") as published by the Internal Revenue Service. The AFR at December 31, 2013 is 0.25%. Interest income of $6,263 was earned on these advances during 2013. The balance due from ASRR, LLC at December 31, 2013 is $3,093,263 and is included in due from affiliates in the accompanying balance sheet. The balance due from ASRR, LLC was fully repaid to the Company, with all accrued interest, in April 2014.

During 2013, the Company incurred $1,769,531, for various repairs, capital improvement and tenant improvement projects at the Property and $308,417 in consulting fees to various related entities of ASRR, LLC. At December 31, 2013, $46,178 due these entities is included in accounts payable and accrued expenses and $21,422 due from these entities is included in due from affiliates in the accompanying balance sheet.

| | | |
|---|---|---|
| 6. | **Welfare and Pension Benefits** | The Company is obligated under two multiemployer union pension plans, Building Service 32BJ Pension Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers (the "Plans"). The Plans Employer Identification Numbers are 13-1879376 and 36-6052390, respectively. The Multiemployer Pension Plan Amendments Act of 1980 obligates the Company to contribute its proportionate share of the unfunded vested benefits should it withdraw from the Plans. The risks of participating in multiemployer plans differ from those of single-employer plans in the following respects: |

- Assets contributed to the multiemployer plan by one employer may be used to provide benefits to employees of other participating employers.

# 260-261 MADISON AVENUE LLC

**FINANCIAL STATEMENTS**
**Year Ended December 31, 2014**

# 260-261 MADISON AVENUE LLC

## NOTES TO FINANCIAL STATEMENTS

| | |
|---|---|
| **5. Related Party Transactions** | The Company has a property management agreement with ASRR Management, a related entity. The management agreement is set to expire in June 2015, and can be automatically renewed, without notice, for successive one year periods. The agreement provides for the Company to pay a fee equal to 3% of the Property's Gross Receipts, as defined, payable monthly within ten days after the end of each month. The Property management fees incurred by the Company amounted to $1,323,057 for the year ended December 31, 2014. During 2014, the Company also incurred $2,117,982 in consulting and legal fees to ASRR Management. The management agreement also entitles ASRR Management to leasing commissions, as defined in the agreement. There were no leasing commissions earned by ASRR Management in 2014. There is no balance due ASRR Management at December 31, 2014. |

During 2014, the Company advanced $72,324 to ASRR, LLC, an affiliate of the Company and received $3,093,263, including interest from ASRR, LLC. The advances are payable upon demand and provide for interest at the short-term monthly Applicable Federal Rate ("AFR") as published by the Internal Revenue Service. The AFR at December 31, 2014 is 0.34%. Interest income of $2,324 was earned on these advances during 2014. The balance due from ASRR, LLC at December 31, 2014 is $72,324 and is included in due from affiliates in the accompanying balance sheet.

During 2014, the Company incurred $8,783,481, for various repairs, capital improvement and tenant improvement projects at the Property and $97,038 in consulting fees to various related entities of ASRR, LLC. At December 31, 2014, $618,695 due these entities is included in accounts payable and accrued expenses and $21,278 due from these entities is included in due from affiliates in the accompanying balance sheet.

On November 12, 2014 the Company, advanced $580,000 to a related party of one of the members of ASRR Management and received a note for the principal amount of $580,000 (the "Loan Receivable"). The Loan Receivable provides for a fixed interest rate of 1.9% and matures on November 12, 2044. Interest will accrue monthly and be payable quarterly. During 2014 the Company earned $1,531 of interest income, which is unpaid and included in prepaid expenses and other in the accompanying balance sheet. The unpaid interest income was paid in January 2015.

# 260-261 MADISON AVENUE LLC

## FINANCIAL STATEMENTS
**Year Ended December 31, 2015**

# 260-261 MADISON AVENUE LLC

## NOTES TO FINANCIAL STATEMENTS

committed to pay $11,500,000 of tenant improvement allowances for this tenant, all of which have been paid.

The Company received $1,800,000 from a tenant who vacated its space and terminated its lease on April 30, 2015. The lease was set to expire on May 31, 2017. The lease termination income is recorded net of the remaining straight-lined rents receivable adjustment of $306,907.

**5.    Related Party Transactions**

The Company has a property management agreement with ASRR Management, a related entity. The management agreement was set to expire in June 2015, and can be automatically renewed, without notice, for successive one year periods. During 2015, the management agreement was automatically renewed to June 2016. The agreement provides for the Company to pay a fee equal to 3% of the Property's Gross Receipts, as defined, payable monthly within ten days after the end of each month. The Property management fees incurred by the Company amounted to $1,436,428 for the year ended December 31, 2015. During 2015, the Company also incurred $1,251,663 in consulting and legal fees and a reimbursement of other costs totaling $729,043 to ASRR Management. The management agreement also entitles ASRR Management to leasing commissions, as defined in the agreement. There were no leasing commissions earned by ASRR Management in 2015. A balance of $40,000 is due ASRR Management at December 31, 2015 and is included in accounts payable and accrued expenses.

During 2015, the Company advanced $15,469 to ASRR, LLC, an affiliate of the Company. The advances are payable upon demand and provide for interest at the short-term monthly Applicable Federal Rate ("AFR") as published by the Internal Revenue Service. The AFR at December 31, 2015 is 0.56%. Interest income of $367 was earned on these advances during 2015. The balance due from ASRR, LLC at December 31, 2015 is $87,793 and is included in due from affiliates in the accompanying balance sheet.

During 2015, the Company incurred $2,016,276 for various repairs, capital improvement and tenant improvement projects at the Property to related entities of ASRR, LLC. At December 31, 2015, $244,670 due these entities is included in accounts payable and accrued expenses and $20,618 due from these entities is included in due from affiliates in the accompanying balance sheet.

On November 12, 2014 the Company advanced $580,000 to a related party of one of the members of ASRR Management and received a note for the principal amount of $580,000 (the "Loan Receivable"). The Loan Receivable provides for a fixed interest rate of 1.9% and matures on November 12, 2044. Interest will accrue monthly and be payable

# 260-261 MADISON AVENUE LLC

**FINANCIAL STATEMENTS**
**Year Ended December 31, 2016**

# 260-261 MADISON AVENUE LLC

## NOTES TO FINANCIAL STATEMENTS

in February 2015.  The rent is calculated based on a percentage of gross receipts, as defined in the lease (9% for 2016).     Affiliates of ASRR Management have a 10% interest in this tenant.

**5.   Related Party Transactions**

The Company has a property management agreement with ASRR Management, a related entity.  The management agreement was set to expire in June 2016, and can be automatically renewed, without notice, for successive one year periods.   During 2016, the management agreement was automatically renewed to June 2017.  The agreement provides for the Company to pay a fee equal to 3% of the Property's Gross Receipts, as defined, payable monthly within ten days after the end of each month.  The Property management fees incurred by the Company amounted to $1,514,353 for the year ended December 31, 2016.  During 2016, the Company also incurred $633,693 in consulting and legal fees and a reimbursement of other costs totaling $836,835 to ASRR Management.    The management agreement also entitles ASRR Management to leasing commissions, as defined in the agreement. There were no leasing commissions earned by ASRR Management in 2016.  A balance of $40,000 is due ASRR Management at December 31, 2016 and is included in accounts payable and accrued expenses.

During 2016, the Company received $87,793 from ASRR, LLC, an affiliate of the Company, to fully repay prior year advances.  The advances were payable upon demand and provided for interest at the short-term monthly Applicable Federal Rate ("AFR") as published by the Internal Revenue Service.  Interest income of $440 was earned on these advances during 2016.

During 2016, the Company incurred $1,212,467 for various repairs, capital improvement and tenant improvement projects at the Property to related entities of ASRR, LLC.  At December 31, 2016, $221,631 due these entities is included in accounts payable and accrued expenses and $20,618 due from these entities is included in due from affiliates in the accompanying balance sheet.

On November 12, 2014 the Company advanced $580,000 to a related party of one of the members of ASRR Management and received a note for the principal amount of $580,000 (the "Loan Receivable").  The Loan Receivable provides for a fixed interest rate of 1.9% and matures on November 12, 2044.   Interest will accrue monthly and be payable quarterly.  During 2016 the Company earned $11,020 of interest income, all of which was received.  There is no interest due the Company at December 31, 2016.