```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROTEM ROSEN,

                Plaintiff,

      -v-

ALEX SAPIR, 260-261 MADISON AVENUE
JUNIOR MEZZANINE LLC,

                Defendants.
------------------------------------------------------------X

**ORDER**

20-CV-5844 (RA) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a conference today to resolve the parties' dispute regarding a stay of discovery (Dkt. Nos. 42–45). For the reasons set forth on the record at the conference, all discovery is hereby stayed until the motion to dismiss the counterclaims (Dkt. No. 46), and any other dispositive motions (such as plaintiff's potential summary judgment motion), are decided by Judge Abrams.

Separately, as discussed, the parties are directed to submit a joint letter to the Court by **December 20, 2021** stating how they wish to proceed with respect to settlement, including whether they wish to participate in a settlement conference with the undersigned, be referred to the Court's mediation program, or whether they intend to retain a private mediator.

**SO ORDERED.**

Dated: November 22, 2021
      New York, New York

                                              JAMES L. COTT
                                              United States Magistrate Judge