# EXHIBIT F

# David M. Max

| | |
|---|---|
| **From:** | Andrew J. Urgenson, Esq. <andrew@oved.com> |
| **Sent:** | Wednesday, March 9, 2022 4:01 PM |
| **To:** | David M. Max; Sheron Korpus |
| **Cc:** | Terrence A. Oved, Esq. |
| **Subject:** | RE: EXTERNAL: Rosen/Sapir Promissory Note and Guaranty |

**ALERT: THIS IS AN EXTERNAL EMAIL.** Do not click on any link, enter a password, or open an attachment unless you know that the message came from a safe email address. Any uncertainty or suspicion should be immediately reported to the Helpdesk.

Counsel:

Your March 4, 2022 letter appears to be yet another pretext for Rotem Rosen to wrongfully multiply litigation with the transparent purpose of harming Mr. Sapir, his family and their business with vexatious litigation.

Rest assured, our clients are aware of their contractual obligations, as well as their rights and remedies thereunder, and intend to act in accordance therewith.

Our clients, however, have no obligation to provide your client with assurances regarding hypothetical events that have not, and may not, occur.

Accordingly, in the event your client engages in the premature, unripe, and otherwise frivolous litigation threatened in your letter, our clients will seek all available remedies, including sanctions.

Regards,
Andrew J. Urgenson, Esq. | **OVED & OVED LLP**
401 Greenwich Street | New York NY 10013
T: 212.226.2376 x 227 | F: 212.226.7555
andrew@oved.com | www.oved.com

The information contained in this email, and any attachments, may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. The transmission or receipt of this e-mail, and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with Oved & Oved LLP (the "Firm") or any of its attorneys. If you are not an existing client of the Firm, then the sending of an e-mail to the Firm or any of its attorneys does not create an attorney-client relationship with you and the information contained in this e-mail, and any attachments, are not legal advice and you should not use or rely on them as such.

**From:** David M. Max <DMax@kasowitz.com>
**Sent:** Friday, March 4, 2022 3:42 PM
**To:** Terrence A. Oved, Esq. <terry@oved.com>; Andrew J. Urgenson, Esq. <andrew@oved.com>
**Cc:** Sheron Korpus <SKorpus@kasowitz.com>
**Subject:** EXTERNAL: Rosen/Sapir Promissory Note and Guaranty

**EXTERNAL SENDER**

Dear Counsel:

Please see the attached correspondence.

Best regards,

David Max

David M. Max
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel.  (212) 506-1963
Fax. (212) 500-3463
DMax@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.