# KASOWITZ BENSON TORRES LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
| SHERON KORPUS | NEW YORK, NEW YORK 10019 | HOUSTON |
| DIRECT DIAL: (212) 506-1969 | (212) 506-1700 | LOS ANGELES |
| DIRECT FAX: (212) 500-3469 | FAX: (212) 506-1800 | MIAMI |
| SKorpus@kasowitz.com |  | NEWARK |
|  |  | SAN FRANCISCO |
|  |  | SILICON VALLEY |
|  |  | WASHINGTON DC |

March 21, 2022

**VIA EMAIL**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:    ***Rosen v. Sapir et al.*, Case No. 1:20-cv-05844 (RA) (JLC)**

Dear Judge Abrams:

      We write on behalf of all parties to the above-captioned litigation, in response to the Court's order of March 18, 2022 (ECF #105).  After meeting and conferring pursuant to the Court's order, the parties have reached an understanding that obviates the need for the relief Plaintiff seeks in his order to show cause for attachment and temporary restraining order (ECF #101-104).  Plaintiff therefore withdraws without prejudice that order to show cause.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 22, 2022

Respectfully submitted,

*/s/ Sheron Korpus*

Sheron Korpus