

May 13, 2022

**VIA ECF**

Hon. James L. Cott
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
New York, NY 10007

                          Re:      *Rosen v. Sapir et al.*, **Case No. 1:20-cv-05844 (RA) (JLC)**

Dear Magistrate Judge Cott:

      This law firm represents Defendants/Counterclaimants Alex Sapir and 260-261 Junior Mezzanine LLC in the above-referenced matter.  We write pursuant to your order dated March 15, 2022 to advise that the parties have not made progress towards settlement since the parties' last update.  With the Court's permission, we will update the Court again in 60 days.

      We thank the Court for its time and continued attention to this matter.

                                    Respectfully submitted,

                                    */s/ Andrew J. Urgenson*

                                    Andrew J. Urgenson

cc:      All counsel of record (via ECF)