USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROTEM ROSEN,

                Plaintiff,

v.

ALEX SAPIR and 260-261 MADISON AVENUE JUNIOR MEZZANINE LLC,

                Defendants.

No. 20-cv-5844 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court will hold oral argument on the pending motion to dismiss the counterclaims and pending cross-motions for summary judgment on August 25, 2022 at 5:00 p.m. Argument will be held via videoconference. Members of the public and the press may access the argument via the following audio-only line: Dial-In Number: 646-453-4442; Access Code 500 899 883.

SO ORDERED.

Dated:     August 12, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge