UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROTEM ROSEN,

    Plaintiff/Counter Defendant,

v.

ALEX SAPIR and 260-261 MADISON AVENUE JUNIOR MEZZANINE LLC,

    Defendants/Counter Claimants.

No. 20-CV-5844 (RA) (JLC)

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff/Counter Defendant and Defendants/Counter Claimants in the above-captioned action that this action and all claims, counterclaims and defenses asserted therein are dismissed with prejudice and without costs to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: November 18, 2022

**KASOWITZ BENSON TORRES LLP**

By: _____
Sheron Korpus, Esq.
*Attorneys for Plaintiff/Counter Defendant*
1633 Broadway
New York, NY 10019
Tel: 212.506.1933

**OVED & OVED LLP**

By: _____
Andrew J. Urgenson, Esq.
*Attorneys for Defendants/Counter Claimants*
401 Greenwich Street
New York, NY 10013
Tel: 212.226.2700